IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MEDA,

    Petitioner,                    No. CIV S-08-1580 EFB P

    vs.

BEN CURRY, Warden,

    Respondent.                 ORDER

                                  /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        Petitioner challenges a criminal judgment entered in the Tulare County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number;

////

////

////

1

1     3. All future filings shall bear the new case number and shall be filed at:

           United States District Court
           Eastern District of California
           2500 Tulare Street
           Fresno, CA 93721

DATED: January 26, 2009.

           _____
           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE